IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONTGOMERY CHIROPRACTIC, P.C., ) | FILED: MAY 13, 2009 |
| ) | 09CV2919 |
| Plaintiff, ) | JUDGE KENDALL |
| ) | MAGISTRATE JUDGE KEYS |
| -vs- ) | Case No. $_{CH}$ |
| ) | |
| TRANSWORLD SYSTEMS, INC., and ) | |
| ) | |
| JOHN DOES 1 – 10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendant and Petitioner for Removal, Transworld Systems, Inc. (TSI), and with reservation of all rights, hereby removes from the Circuit Court of Cook County, Chancery Division, the proceeding entitled and captioned matter of *Montgomery Chiropractic, P.C. v. Transworld Systems, Inc. and John Does 1 -10*, Case No. 09 CH 16090, on the basis of federal question jurisdiction.

The Removal Notice is based on the following grounds:

1. This is a civil action, filed on or about April 22, 2009, in which Plaintiff alleges causes of action arising under, *inter alia*, the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*. *See Plaintiffs' Complaint*, ¶ 1 ("Plaintiff…brings this action to secure redress for the actions of Transworld Systems, Inc., in sending or causing the sending of unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act…") The Seventh Circuit has concluded that claims brought pursuant to the TCPA are properly

removable under 28 U.S.C. § 1441 "because the claim arises under federal law." *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 451 (7th Cir. 2005).

2. The United States district courts therefore have original jurisdiction over such claims under 28 U.S.C. §1331. *Id.* Accordingly, this Court has federal question removal jurisdiction under 28 U.S.C. §1441(b).

3. Under 28 U.S.C. §1367(a), to the extent Plaintiff's pleading seeks additional relief under Illinois state law for alleged violations of the Illinois Consumer Fraud Act and for common law conversion (*see Plaintiff's Complaint, Count II and Count III)*, this Court has supplemental jurisdiction over all such remaining pendent State claims because that claim is so related to the federal claim they form part of the same case or controversy under Article III of the United States Constitution.

4. Venue is proper in this district and division as the Circuit Court of Cook County, Illinois, the State District in which this action was filed, is within the Northern District of Illinois.

5. Process in *Montgomery Chiropractic, P.C. v. Transworld Systems, Inc. and John Does 1 -10*, Case No. 09 CH 16090, was served or the Complaint setting forth the claim for relief upon which this notice is based was otherwise first received by TSI on April 28, 2009, which was not more than thirty (30) days before the filing of this *Notice of Removal*, and this *Notice of Removal* is being filed within one year of the date suit was first filed in State court in compliance with 28 U.S.C. § 1446(b)("If the case stated by the initial pleading is removable, a notice of removal may be filed within thirty days after

receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may be first be ascertained that the case is one which is or has become removable . . . .").

6. Attached and made part of this filing are copies of all process, pleadings and orders served upon TSI in the State court. *See* Exhibit "A." The verification of counsel is attached hereto as Exhibit "B". A copy of this notice is also concurrently being filed with the State court and served upon Plaintiffs through counsel.

WHEREFORE, based on this Court's original federal question jurisdiction, petitioner for removal and defendant Transworld Systems, Inc. respectfully requests that this case proceed in this Court as an action properly removed from the Circuit Court of Cook County for the State of Illinois, Chancery Division.

Respectfully submitted,

/s/ James K. Schultz

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA 70002-1752
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
disrael@sessions-law.biz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
55 West Monroe, Suite 1120
Chicago, IL   60603
Telephone:  (312) 578-0990
Facsimile:   (312) 578-0991
E-Mail:      jschultz@sessions-law.biz

Attorneys for Defendant Transworld Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May 2009, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.   A copy has also been sent via U.S. Mail to the following counsel of record:

>Daniel A. Edelman
>Michelle R. Teggelaar
>Heather A. Kolbus
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
>120 South LaSalle Street
>18th Floor
>Chicago, Illinois  60603

>>/s/ James K. Schultz
>>Attorney for Transworld Systems, Inc.