# EXHIBIT A

## ATTENTION: FINANCE ADMINISTRATOR OR MANAGING PHYSICIAN



### Stop Paying Contingency Fees to your Collection Agency

Did you know that 70-80% of all collection agencies recover your delinquent patient money by letter writing campaigns alone. Rarely, do they ever pick up the phone to recover your money. Save the 30-50% you are paying to outsource your collections by using the **Transworld Systems Demand Series Letter Campaign first**, at a low cost of around $13 per delinquent account, with no percentages taken from what we help collect.

### <u>Low fixed fee averaging $13 or less per assignment</u>

- Most clinics are already sending out in-house collection letters, let us do it for you Transworld Systems saves you the time, money, and materials associated with mailing collection letters. **Because you're not paying contingency fees, you can start your 3rd party collections earlier.**

- **NO MORE STAMPS, NO MORE STUFFING, NO MORE CERTIFIED LETTERS** : We'll incur all the costs and labor for you at our low fixed fee per account. No more 'I didn't have time to send out the collection letters this month.'

- Send the Hard Core accounts to a Verbal Demands collections agency, not the accounts that can be collected by a simple 3rd party letter.

- You never have to wait to receive a check payment from us because the debtor is instructed to pay you directly.

To find out more about our 3rd Party Collections Letter Process,
Faxback to Revenue Recovery at **(512) 949.4907**
or email us at **mypractice@transworldrecovery.com**

### Yes. Please send me more information.

Practice: _____

Contact: _____

EMAIL: _____

Phone: _____

**Transworld Systems Inc.** ◻ 810 Hester's Crossing Rd Round Rock Texas 78681
**(800) 200-0558** ◻ **www.transworldsystems.com**

To opt out from future faxes go to www.deletemyfaxnumber.com enter PIN# 15316, or call 877-284-7887. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.