UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONTGOMERY CHIROPRACTIC, P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 09 C 2919 |
| v. | ) | |
| | ) | Judge Kendall |
| TRANSWORLD SYSTEMS, INC., | ) | Magistrate Judge Keys |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**FINAL ACCOUNTING OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Montgomery Chiropractic, P.C., individually and as a representative of a Settlement Class of similarly situated persons, by class counsel, Edelman, Combs, Latturner & Goodwin, LLC, has reviewed the Affidavit of Andrew Barnett ("Affidavit") filed by Defendant Transworld Systems, Inc.

The Affidavit shows that the Settlement Fund has been distributed as required by the parties' agreement and the Final Approval Order entered by the Court. Accordingly, Plaintiff now believes that it is appropriate that the matter be dismissed with prejudice and that a final judgment be entered.

Respectfully submitted,

s/Daniel A. Edelman

Daniel A. Edelman
Michelle R. Teggelaar
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800

1

Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, certify that on December 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties named below:

David Israel
disrael@sessions-law.biz

James Kevin Schultz
jschultz@sessions-law.biz


                                                s/ Daniel A. Edelman